RECEIVED
MAY 1 8 2006

RECEIVED
JUN 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| LINDA SOLOMON | CIVIL ACTION NO. 05-1153 |
| VS. | JUDGE MELANÇON |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and that Solomon is awarded benefits consistent with an onset date of January 18, 2001.

Lafayette, Louisiana this 12th day of June, 2006.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 6-12-06
BY: 
TO: